DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VINCENT KEITH JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1098

[August 6, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 14-004472CF10A.

Vincent Keith Jones, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***